

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

DLA Piper LLP (US),                    * From the 201st District Court
                                         of Travis County,
                                         Trial Court No. D-1-GN-10-000789.

Vs. No. 11-12-00201-CV                 * December 21, 2017

Chris Linegar,                         * Opinion on Remand by Wright, C.J.
                                         (Panel consists of: Wright, C.J.,
                                         Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against DLA Piper LLP (US).